# EXHIBIT A-1

## Jessica Cox

| | |
|---|---|
| **From:** | josh cacho <jcacho1848@gmail.com> |
| **Sent:** | Thursday, April 17, 2025 9:22 PM |
| **To:** | Christopher Meier |
| **Subject:** | Pending TCPA, TBCC, and Barratry lawsuit against your client's Quintessa LLC, Sunset West Legal Group, PC, et al |
| **Attachments:** | Entity Details __ OpenCorporates -  Roberts Markland.pdf; Gmail - EN Retainer sent to Joshua Cacho.pdf; B3065-1599 (1).pdf; Entity Details __ OpenCorporates - Quintessa LLC.pdf; accidentintakeforms.com_contract.aspx_case=8e22db2f-f7d8-4671-9e5a-a222c70bac05.pdf |

Chris,

I'm sending this demand to you because your firm represents 2 out of the 4 Defendants.

I received 9 calls. All calls were without my consent. Quintessa LLC , Sunset West Legal Group , PC, Roberts Markland LLP, and Law Office of Tre Meredith, PLL, are the Defendants. *See attached.* I do have all recordings as well to show that each today was dropped by the Defendants, not me.

I'm prepared to file this lawsuit immediately, but I'm giving you an opportunity to resolve this matter for everyone involved.

Table of calls

| | | | |
|---|---|---|---|
| 915-231-6312 | Mar 24, 2025 | 12:37 PM | Unauthorized solicitation call for accident injury claim - hung up |
| 915-231-6369 | Mar 25, 2025 | 1:37 PM | Unauthorized solicitation call for accident injury claim - hung up |
| 915-231-6829 | Apr 02, 2025 | 5:47 PM | Unauthorized solicitation call for accident injury claim - hung up |
| 915-213-6103 | Apr 16, 2025 | 10:48 AM | Unauthorized solicitation call for accident injury claim - hung up |
| 915-231-6507 | Apr 17, 2025 | 5:17 PM | Unauthorized solicitation call for accident injury claim - engaged agent to find out who was responsible for these calls - line disconnected |
| 915-562-1991 | Apr 17, 2025 | 5:24 PM | Unauthorized solicitation call for accident injury claim - engaged agent to find out who was responsible for these calls - line disconnected |
| 915-821-2659 | Apr 17, 2025 | 5:34 PM | Unauthorized solicitation call for accident injury claim - engaged agent to find out who was responsible for these calls - line disconnected |
| 817-642-9705 | Apr 17, 2025 | 5:44 PM | Unauthorized solicitation call for accident injury claim - line disconnected |
| 817-642-9705 | Apr 17, 2025 | 5:50 PM | Unauthorized solicitation call for accident injury claim VM |
| 888-501-1788 | Apr 17, 2025 | 5:57 PM | Called the number Lauren (agent from last call) provided on voice mail - Received information on this call for parties involved |

At least 9 total calls

9 violations of  TCPA 47 U.S.C §  227(c) = $6,000

9 violations of Texas business business and commerce § code 302.101 = $45,000

9 violations 82.0654 Civil Liability for Prohibited Barratry = $40,000


Total I'm willing to accept is $75,000 to resolve this matter quickly out of court.


Respectfully,

Joshua Cacho



# opencorporates

The Open Database Of The Corporate World

| sunwest legal group | Search |

⦿ Companies    ○ Officers    ☑ only in Oklahoma (US)

- [My Account](#)
- [Logout](#)

# QUINTESSA LLC

Company Number
    3512753459
Status
    In Existence
Incorporation Date
    14 May 2019 (almost 6 years ago)
Company Type
    Domestic Limited Liability Company
Jurisdiction
    [Oklahoma (US)](#)
Registered Address
- SUITE 555 3401 NW 63RD ST
- OKLAHOMA CITY
- 73116
- OK
- USA
Alternative Names
- CAR ACCIDENT HELPLINE (trading name, 2024-07-14 - )
- THE INTAKE DEPARTMENT (trading name, 2024-07-14 - )
- QUINTESSA MARKETING (trading name, 2024-07-14 - )
- INJURY CASE REVIEWS (trading name, 2024-07-14 - )

- THE INJURY CLAIMS DEPARTMENT (trading name, 2024-07-14 - )
- INJURY HELP NETWORK (trading name, 2024-07-14 - )
- INJURY CLAIMS HELPLINE (trading name, 2024-07-14 - )
- HAVE YOU BEEN INJURED IN AN ACCIDENT (trading name, 2024-07-14 - )

Agent Name
    LAUREN MCNEIL
Agent Address
    1900 NW EXPRESSWAY SUITE 1600, OKLAHOMA CITY, OK, 73118, USA
[Directors / Officers](#)

- [LAUREN MCNEIL](#), agent, 14 May 2019-



## **Recent filings for QUINTESSA LLC**

11 Mar 2025
[Annual Certificates](#)

30 Jul 2024
[Reinstatement](#)

14 Jul 2024
[Terminated](#)

27 Jul 2023
[Reinstatement](#)

14 Jul 2023
[Terminated](#)

8 Nov 2022
[Change of Registered Agent and/or Office and/or Principal Office](#)

17 Oct 2022
[Trade Name Report](#)

18 Jul 2022
[Reinstatement](#)

[see all filings](#)
Data source and freshness

Entity Details :: OpenCorporates

Last Update From Source
        17 April 2025
Last Change Recorded
        22 March 2025
Next Update From Source
        Weekly
Source
        Business Filing Department, Oklahoma Secretary of State

Learn more about our trust and data transparency policy
This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our purpose, history and principles

The OpenCorporates website is free for general-public and public-benefit use

Use the OpenCorporates API

License this data in bulk

## **Similarly named companies**

Found 66. Showing first 10

- 🇺🇸 Quintessa LLC (California (US), 15 Jun 2022- )
- 🇺🇸 QUINTESSA LLC (Georgia (US), 17 May 2012- )
- 🇺🇸 QUINTESSA LLC (New York (US), 19 Jan 2024- )
- 🇺🇸 QUINTESSA, LLC (Wisconsin (US), 3 Mar 2016- )
- 🇺🇸 OPUS-QUINTESSA, LLC (Nevada (US), 7 Sep 2006- )
- 🇺🇸 SUNWOOD QUINTESSA LLC (Delaware (US), 24 Nov 2008- )
- 🇺🇸 LEXIN QUINTESSA, LLC (Delaware (US), 22 Jan 2010- )
- 🇺🇸 MCMILLIN QUINTESSA, LLC (Delaware (US), 18 Dec 2003- )
- 🇺🇸 35 Quintessa LLC (Nevada (US), 22 Jan 2025- )
- 🇺🇸 RAINBOW-QUINTESSA, LLC (Delaware (US), 14 Mar 2011- )

* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry should always be referred to for definitive information

**OpenCorporates :** legal-entity data done right

Global Authority

- **Unrivalled domain expertise**
- **Driving global policy**
- **Certified B Corp**

Trustworthy data

- **100% official primary sources**
- **Quality baked in**
- **Underpinned by Legal-Entity Data Principles**

Designed for the future

- **Legal-entity data model**
- **For the needs of today and tomorrow**
- **Provenanced, standardized data**

Learn more

# About us

- [About](#)

- [Blog](#)
- [Team](#)
- [Governance](#)
- [Jobs](#)

# Using our data

- [Our data](#)
- [Our purpose](#)
- [Legal/Licence](#)
- [User/Cookie privacy policy](#)
- [Public records privacy policy](#)

# Help

- [API Reference](#)
- [Glossary](#)
- [Status](#)

# Contact

- [Twitter](#)
- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

# Impact

- [Impact](#)
- [Grants](#)

 Gmail

**josh cacho <jcacho1848@gmail.com>**

## EN Retainer sent to Joshua Cacho

1 message

**documentsforwarding@accidentintakeforms.com** <documentsforwarding@accidentintakeforms.com>
To: jcacho1848@gmail.com

Thu, Apr 17, 2025 at 6:32 PM

Please sign our form for Joshua Cacho located here: https://accidentintakeforms.com/contract.aspx?case=8e22db2f-f7d8-4671-9e5a-a222c70bac05

BA20241707200



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

For Office Use Only

**-FILED-**

File No.: BA20241707200

Date Filed: 9/24/2024

| Entity Details | |
|---|---|
| Corporation Name | SUNSET WEST LEGAL GROUP, PC |
| Entity No. | 4095006 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 10880 WILSHIRE BLVD 2100 WESTWOOD, CA 90024 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 10880 WILSHIRE BLVD 2100 WESTWOOD, CA 90024 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 10880 WILSHIRE BLVD 2100 WESTWOOD, CA 90024 |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| PAYTON KASHANI | 10880 WILSHIRE BLVD 2100 WESTWOOD, CA 90024 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| + Payton Kashani | 3311 CLERENDON RD BEVERLY HILLS, CA 90210 |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | BIZSTARTUP.COM Registered Corporate 1505 Agent |

| Type of Business | |
|---|---|
| Type of Business | LAW FIRM |

| Email Notifications | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Labor Judgment | |
|---|---|
| | |

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒    By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Payton Kashani*

Signature

*09/24/2024*

Date

B3065-1600 09/24/2024 2:28 PM Received by California Secretary of State

# opencorporates

The Open Database Of The Corporate World

quintessa    [ Search ]

◉ Companies  ○ Officers

- [My Account](#)
- [Logout](#)

# Roberts Markland LLP

Company Number
    0802535411
Status
    Report Due
Incorporation Date
    2 September 2016 (over 8 years ago)
Company Type
    Domestic Limited Liability Partnership (LLP)
Jurisdiction
    [Texas (US)](#)
Registered Address
- 2555 N. MacGregor Way
- Houston
- 77004
- TX
- USA
Alternative Names
- Roberts Markland LLP (trading name, 2016-09-02 - )



# Recent filings for Roberts Markland LLP

13 Mar 2025
[Report Notice](#)

13 May 2024
[Annual Report](#)

23 Mar 2024
[Report Notice](#)

20 Sep 2023
[Annual Report](#)

10 Feb 2023
[Report Notice](#)

9 Jun 2022
[Annual Report](#)

16 Mar 2022
[Report Notice](#)

31 Mar 2021
[Annual Report](#)

[see all filings](#)
Data source and freshness

Last Update From Source
    15 April 2025
Last Change Recorded
    14 March 2025
Next Update From Source
    Daily
Source
    [Texas Comptroller of Public Accounts](#)

[Learn more about our trust and data transparency policy](#)
This information comes to you from **OpenCorporates** — the leading authority on legal-entity data

Read more about us and why you should trust this data in our [purpose, history and principles](#)

Case 3:25-cv-00169-KC   Document 17-2   Filed 07/18/25   Page 18 of 48

The OpenCorporates website is free for general-public and public-benefit use

[Use the OpenCorporates API](#)

[License this data in bulk](#)

## Similarly named companies

- 🇺🇸 [Roberts Markland LLP](#) (Texas (US), 2 Sep 2016- )

- 🇺🇸 branch [Roberts Markland LLP](#) (Colorado (US), 23 Mar 2021- )

\* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry should always be referred to for definitive information

**OpenCorporates :** legal-entity data done right

Global Authority

- **Unrivalled domain expertise**
- **Driving global policy**
- **Certified B Corp**

Trustworthy data

- **100% official primary sources**
- **Quality baked in**
- **Underpinned by Legal-Entity Data Principles**

Designed for the future

- **Legal-entity data model**
- **For the needs of today and tomorrow**
- **Provenanced, standardized data**

[Learn more](#)

# About us

- [About](#)

- Blog
- Team
- Governance
- Jobs

## Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

## Help

- API Reference
- Glossary
- Status

## Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

## Impact

- Impact
- Grants



**POWER OF ATTORNEY**

This     AGREEMENT     is     between     __Joshua Cacho_____     residing     at

__6773 Isla del Rey Dr_____ ("Client") and ROBERTS MARKLAND LLP, 2555

N. MacGregor Way, Houston, Texas 77004 hereinafter ("Attorneys" or "Law Firm") on this

__04/17/2025_____.  In consideration of the mutual promises herein contained, the parties

hereto agree as follows:

### I.
### PURPOSE OF REPRESENTATION

Client hereby fully employs Law Firm to manage and handle, as deemed necessary, all claims and causes of action, suit or suits, that may grow out of the same, against any wrongful party, and to prosecute said causes for and on Client's behalf, with or without suit, and to recover all damages and compensation to which Client may be entitled as well as to compromise and settle all claims arising out of the incident that occurred at _____

## II.
## SCOPE OF REPRESENTATION

Client understands that this contract is for legal services and for representation on the above-described claims alone.  Attorneys' legal representation does not extend to any probate, tax advice, criminal defense, divorce or any other kind of legal service or proceeding.  If ancillary legal services are necessary, Client agrees that all attorney's fees, costs or expenses related to such ancillary services will be borne by the Client as they are incurred, unless otherwise agreed to in writing.

Page 1 of 7

accidentintakeforms.com/contract.aspx?case=8e22db2f-f7d8-4671-9e5a-a222c70bac05



# III.
## JOINT VENTURE/FEE SHARING

Client understands that Law Firm may associate with a Referring Attorney ("Associated Counsel") for legal services for purposes of the representation.  Client further understands that the fees payable under Section IV below may be split between Law Firm and Associated Counsel at no additional cost to client.

# IV.
## ATTORNEYS' FEES

Except as may otherwise be required by law, if Client recovers any compensation as a result of the legal work performed arising from the above described scope of work,  then Client does hereby assign and convey to Attorneys the following undivided interest in Client's claim:

**33.33% of any recovery made on  behalf of Client if Client's case is settled, resolved or concluded *prior* to the filing of a lawsuit;**

**40.00% of any recovery made on  behalf of Client if Client's case is settled,**

resolved or concluded *after* the filing of a lawsuit; or

45.00   % of any recovery made on behalf of Client if Client's case is settled, resolved or concluded *after* a notice of appeal has been filed.

Attorneys' Fees will be paid by the Client only if a recovery is made on behalf of Client. If a settlement includes a future or periodic annuity payments to client, Attorneys' Fees will be paid out of the initial cash payment, unless agreed to otherwise in writing. The basis for Attorneys' Fees will be the actual cost of the entire settlement, if the cost can be determined after reasonable efforts. If the cost cannot be determined, the basis will be the present value of the settlement.

In addition, from any recovery obtained in this matter, Client understands that Attorney's Fees and Expenses shall be distributed first.  Client also understands that Law Firm shall disburse

Page 2 of 7

Case 3:25-cv-00169-KC   Document 17-2   Filed 07/18/25   Page 30 of 48

4/17/25, 6:34 PM
Case 3:25-cv-00169-KC Document 17-2 Filed 07/18/25 Page 31 of 48
accidentintakeforms.com/contract.aspx?case=8e22db2f-f7d8-4671-9e5a-a222c70bac05



Client's share of the recovery after deducting Attorney's Fees, case expenses, administrative fee ($100.00), and after paying all liens that Law Firm is aware of and that apply to Client's recovery.

## Medical Liens

If you have received medical treatment that was paid for through insurance or a government payor, the payor typically has an automatic right of subrogation (i.e., reimbursement) for all monies paid on your behalf. By engaging our law firm, you are authorizing us to negotiate reductions or work-out agreements for any medical liens associated with your case. This service is mandatory, and a flat fee of $660.00 will be charged.

## Property Damage Claims

Law Firm charges a $550 flat fee for services related to property damage claims including arranging rental cars, negotiating property damage settlements and diminished value claims.

Please check the box below "yes" if you authorize this service and "no" if you do not. If you check "no" and later request service related to property damage, you will be invoiced for the service and the services will commence upon payment.

Case 3:25-cv-00169-KC    Document 17-2    Filed 07/18/25    Page 32 of 48

Please indicate if you would like this service by writing "Yes" or "No" and initialing by your response. _____  _____

## V.
## CLIENT APPROVAL NECESSARY FOR SETTLEMENT

Attorneys are authorized to engage in settlement negotiations if and when appropriate in their professional judgment. However, no settlement of any nature can or will be made for any of the claims or causes of action of Client without the complete authorization and approval of Client; nor will Client obtain any settlement on the above described claims without the complete approval of Attorneys.

In addition, Client grants full authority to Law Firm to sign all documents as reasonably necessary to represent Client in this matter, to pursue litigation and settlement, and to recover monies and other valuable things that Client is entitled to recover.

Page 3 of 7

accidentintakeforms.com/contract.aspx?case=8e22db2f-f7d8-4671-9e5a-a222c70bac05

Case 3:25-cv-00169-KC   Document 17-2   Filed 07/18/25   Page 34 of 48



## VI.
## DEDUCTION OF EXPENSES

In the course of handling litigation, expenses will be incurred on the case. Examples of these expenses include, but are not limited to, depositions and videos, expert witness(es) expenses, meeting expenses, investigation expenses, witness(es) expenses, travel expenses, transportation costs, photocopies, exhibit costs, faxes, postage costs, courier and delivery costs, research expenses, and long distance telephone costs. Other taxable court costs are also incurred which include, but are not limited to, filing fees, deposition expenses, mediation fees, and subpoenas.

Expenses and court costs incurred by Attorneys in handling of Client's lawsuit or claim will be deducted from Client's share of the recovery, after deduction of Attorneys' Fees, and will be reimbursed to Attorneys at the time they are recovered. If no recovery is made on Client's behalf, there will be no fee or expenses due to Attorney by Client.

**Interest Charged on Litigation Expenses and Client Advances:** Funds provided to client to finance case expenses (such as depositions, expert witness fees, medical records, etc.) will accrue

interest at a rate of the prime rate plus 1%, starting from the date of the advance until payment.

## VII.
## COOPERATION OF CLIENT

Client will keep Attorneys advised of his current address and telephone numbers at all times, will appear on reasonable notice at any and all depositions and court appearances, and will comply with all reasonable requests of the Attorneys in connection with the preparation and presentation of Client's claim and causes of action.

## VIII.
## CLIENT TERMINATION/LAW FIRM WITHDRAWAL

Client may discharge Law Firm at any time for good cause. In such event of termination, Client shall reimburse Law Firm all litigation expenses incurred, and the reasonable value of the attorney fees earned through the date of termination. If Client discharges Law Firm without good

Page 4 of 7

Case 3:25-cv-00169-KC   Document 17-2   Filed 07/18/25   Page 36 of 48

Case 3:25-cv-00169-KC   Document 17-2   Filed 07/18/25   Page 37 of 48



cause, in accordance with Texas law, Client shall be responsible for payment of Law Firm's contingent fee as set forth in this agreement.  In the event of termination, Law Firm will, upon Client's request, deliver Client's file, and property in Law Firm's possession whether or not Client has paid for all expenses in full.

Law Firm may withdraw with Client's consent or for good cause.  Good cause includes Client's breach of this agreement, refusal to cooperate, refusal to approve necessary expenses for case development, or to follow's Law Firm's advice on a material matter or any fact or circumstance that would render Law Firm's continuing representation impractical.  If Law Firm's withdraws for good cause, all unpaid expenses will immediately become due and payable.

## IX.
## STANDARD PROVISIONS

A.     **Texas Law to Apply**.  This agreement will be construed under and in accordance with the laws of the State of Texas, and all obligations of the parties created herein are to be performed in Texas

B.     **Parties Bound**.  This agreement will be binding upon and inure to the benefit of the

Case 3:25-cv-00169-KC   Document 17-2   Filed 07/18/25   Page 38 of 48

parties and their respective heirs, executors, administrators, legal representatives, successors, and assigns.

C. **Legal Construction**. In case any provision or provisions contained in this agreement will, for any reason, be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality or unenforceability will not affect any of the other provisions hereof, and this agreement will be construed as if the invalid, illegal, or unenforceable provision(s) has never been contained.

D. **Prior Agreements/Modifications**. This agreement constitutes the sole and only agreement of the parties hereto and supersedes any prior understanding, written or oral agreements between the parties respecting the subject matter herein. Further, any modification of this agreement will be of no effect unless it is in writing and executed by Client and Attorneys.

Page 5 of 7

Case 3:25-cv-00169-KC   Document 17-2   Filed 07/18/25   Page 39 of 48

Case 3:25-cv-00169-KC   Document 17-2   Filed 07/18/25   Page 40 of 48



## X.
## ARBITRATION

Any and all disputes, controversies, claims or demands arising out or relating to this agreement or any provision hereof, including the services by Attorneys to Client, distribution of settlement proceeds, expenses charged, fees paid to forwarding attorneys, or any other matter relating to the relationship between Attorneys and Client, whether in contract, tort, or otherwise, at law or in equity, including issues concerning conflicts of interest, fiduciary relationships between attorneys and clients, costs and/or expenses, for damages or any other requested relief, will be resolved by binding arbitration utilizing the American Arbitration Association and applying the commercial arbitration rules.

## XI.
## CONSENT TO ASSOCIATION

The undersigned, as Client(s), hereby consent to the association of LAW OFFICE OF TRE MEREDITH, PLLC, as co-counsel for Client (s). Client(s) further consent to a fee sharing agreement between the Originating Attorney and LAW OFFICE OF TRE MEREDITH, PLLC. Client(s) further consent to a division of the work and services required to represent the Client(s)

Case 3:25-cv-00169-KC   Document 17-2   Filed 07/18/25   Page 41 of 48

between the Originating Attorney and LAW OFFICE OF TRE MEREDITH, PLLC, in such a manner as may be agreed upon between the attorneys. Client(s) understand and consent that the fee-sharing agreement of these attorneys will be based on an assumption of co-counsel for the representation of the Client(s), that if a recovery is made on behalf of the client(s) 67% of the attorneys' fees will be paid to ROBERTS MARKLAND LLP, as Originating Attorney and 33% of the attorneys' fees will be paid to LAW OFFICE OF TRE MEREDITH, PLLC, as Co-Counsel Attorney, and that the fee sharing agreement between these attorneys will not increase the total attorneys' fees owed by the Client(s).

Page 6 of 7

04/17/2025

[Your eSignature will be applied here.]

(915)200-5482

jcacho1848@gmail.com



Executed on the _____ day of _____ 20___ first above written.


**ROBERTS MARKLAND LLP**


By:

_____
Client


_____
Phone Number


_____
Email

By:   _____

Attorney

Page 7 of 7

Current Date:

04/17/2025

Initial Here:

Signature Here:

Please sign above

Clear

Submit

## Jessica Cox

| | |
|---|---|
| **From:** | josh cacho <jcacho1848@gmail.com> |
| **Sent:** | Friday, April 18, 2025 12:49 AM |
| **To:** | Christopher Meier |
| **Subject:** | Re: Pending TCPA, TBCC, and Barratry lawsuit against your client's Quintessa LLC, Sunset West Legal Group, PC, et al |
| **Attachments:** | IMG_6245.png |

Andddd I discovered two more from them...

On Thursday, April 17, 2025, josh cacho <jcacho1848@gmail.com> wrote:
Chris,

I'm sending this demand to you because your firm represents 2 out of the 4 Defendants.

I received 9 calls. All calls were without my consent. Quintessa LLC , Sunset West Legal Group , PC, Roberts Markland LLP, and Law Office of Tre Meredith, PLL, are the Defendants. *See attached.* I do have all recordings as well to show that each today was dropped by the Defendants, not me.

I'm prepared to file this lawsuit immediately, but I'm giving you an opportunity to resolve this matter for everyone involved.

Table of calls

| | | | |
|---|---|---|---|
| 915-231-6312 | Mar 24, 2025 | 12:37 PM | Unauthorized solicitation call for accident injury claim - hung up |
| 915-231-6369 | Mar 25, 2025 | 1:37 PM | Unauthorized solicitation call for accident injury claim - hung up |
| 915-231-6829 | Apr 02, 2025 | 5:47 PM | Unauthorized solicitation call for accident injury claim - hung up |
| 915-213-6103 | Apr 16, 2025 | 10:48 AM | Unauthorized solicitation call for accident injury claim - hung up |
| 915-231-6507 | Apr 17, 2025 | 5:17 PM | Unauthorized solicitation call for accident injury claim - engaged agent to find out who was responsible for these calls - line disconnected |
| 915-562-1991 | Apr 17, 2025 | 5:24 PM | Unauthorized solicitation call for accident injury claim - engaged agent to find out who was responsible for these calls - line disconnected |
| 915-821-2659 | Apr 17, 2025 | 5:34 PM | Unauthorized solicitation call for accident injury claim - engaged agent to find out who was responsible for these calls - line disconnected |
| 817-642-9705 | Apr 17, 2025 | 5:44 PM | Unauthorized solicitation call for accident injury claim - line disconnected |
| 817-642-9705 | Apr 17, 2025 | 5:50 PM | Unauthorized solicitation call for accident injury claim VM |
| 888-501-1788 | Apr 17, 2025 | 5:57 PM | Called the number Lauren (agent from last call) provided on voice mail - Received information on this call for parties involved |

1

At least 9 total calls

9 violations of  TCPA 47 U.S.C §  227(c) = $6,000

9 violations of Texas business business and commerce § code 302.101 = $45,000

9 violations 82.0654 Civil Liability for Prohibited Barratry = $40,000

Total I'm willing to accept is $75,000 to resolve this matter quickly out of court.

Respectfully,

Joshua Cacho



