# EXHIBIT A-3

