# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| JOSHUA CACHO, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | No. 3:25-cv-00169-KC |
| ROBERTS MARKLAND, LLP, LAW | § | |
| OFFICE OF TRE MEREDITH, PLLC, and | § | |
| QUINTESSA LLC, | § | |
| | § | |
| *Defendants.* | § | |

## DECLARATION OF JESSICA COX

My name is Jessica Cox, my date of birth is December 29, 1994, and my business address is 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201.

1.      I am over the age of eighteen (18) years, of sound mind, have never been convicted of a felony, and am fully competent to testify to the facts contained herein. Every statement made in this declaration is made on my personal knowledge and is true and correct.

2.      I am an attorney at Lynn Pinker Hurst & Schwegmann LLP. I am licensed to practice in Texas and am in good standing with the State Bar of Texas. I am counsel for Quintessa LLC ("Quintessa"), a Defendant in the above captioned lawsuit, *Joshua Cacho v. Robert Markland, LLP, et al.*, Case No. 3:25-cv-00169, pending in the United States District Court for the Western District of Texas, El Paso Division.

3.      I make this declaration in support of Quintessa's Rule 12(b)(2) Motion to Dismiss.

4.      Attached as **Exhibit B-1** is a true and correct copy of the letter Christopher Schwegmann, counsel for Quintessa, sent to Plaintiff on April 30, 2025.

5.      Attached as **Exhibit B-2** is a true and correct copy of the letter Christopher Schwegmann, counsel for Quintessa, sent to Plaintiff on June 16, 2025.

6.      Attached as **Exhibit B-3** is a true and correct copy of a draft complaint that Plaintiff e-mailed to me on May 5, 2025.

I declare under penalty of perjury that the foregoing declaration is true and correct and within my personal knowledge.

1

Executed in Dallas County, Texas, on July 18th, 2025.

_____
**Jessica D. Cox**