# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

JOSHUA CACHO,

    Plaintiffs,

v.

ROBERTS MARKLAND, LLP, LAW
OFFICE OF TRE MEREDITH, PLLC, and
QUINTESSA LLC,

    Defendants.

§
§
§
§
§
§
§
§
§
§
§
§

No. 3:25-cv-00169-KC

---

## DECLARATION OF NAVEED AHMAD

---

My name is Naveed Ahmad, my date of birth is August 11, 1988, and my business address is CL-55/A, MEO Road, Kacheri Chowk, Rawalpindi, Pakistan, 46000.

1. I am over the age of eighteen (18) years, of sound mind, have never been convicted of a felony, and am fully competent to testify to the facts contained herein. Every statement made in this declaration is made on my personal knowledge and is true and correct.

2. I am the Managing Director of Kareemiya Technologies & BPO d/b/a Auto Claims Solutions ("Kareemiya").

3. I make this declaration in support of Quintessa's Motion to Dismiss.

4. Kareemiya is a marketing company. Part of Kareemiya's business involves obtaining leads to refer and/or sell to other companies. "Auto Claims Solutions" is one of Kareemiya's DBAs.

5. Quintessa LLC ("Quintessa") purchases leads from Kareemiya. Quintessa's and Kareemiya's business relationship is controlled by a Master Services Agreement, effective July 23, 2024. Under the Master Services Agreement, Kareemiya is required to comply with the TCPA and other applicable laws.

6. Quintessa does not own, control, or direct Kareemiya's marketing activities or telemarketing practices. Quintessa has never authorized Kareemiya to place any call in violation of the TCPA or other law.

7. On April 17, 2025, at 5:17pm MST, Kareemiya placed a call to Joshua Cacho's phone number ending in "5482." The call was placed from the Caller ID 915-231-6507, which is a phone number operated by Kareemiya. At least twice during the call, Kareemiya's call representative identified that he was calling on behalf of "Auto Claims Solutions." Kareemiya's call representative never claimed or held himself out to be a representative or agent of "Car Accident Helpline" or

Quintessa. Kareemiya did not place this call on behalf of or as an agent or representative of Quintessa, nor did Quintessa authorize the placement of this call.

8. On April 17, 2025, at 5:24pm MST, Kareemiya placed a call to Mr. Cacho's phone number ending in "5482. The call was placed from the same Caller ID, 915-231-6507, which is a phone number operated by Kareemiya. During this call, Kareemiya's call representative identified that he was calling on behalf of "Auto Claims Solutions." Kareemiya's call representative never claimed or held himself out to be a representative or agent of "Car Accident Helpline" or Quintessa. Kareemiya did not place this call on behalf of or as an agent or representative of Quintessa, nor did Quintessa authorize the placement of this call.

9. On April 17, 2025, at 5:34pm MST, Kareemiya placed a call to Mr. Cacho's phone number ending in "5482. The call was placed from the Caller ID 915-821-2659, which is a phone number operated by Kareemiya. After briefly speaking again with Kareemiya's call representative, Mr. Cacho expressly consented to being transferred to a car accident agent, even if his number was registered on any state or federal do-not-call lists. After Mr. Cacho agreed to be transferred, Kareemiya's call representative live-transferred the call to Quintessa's intake call center. Kareemiya's call representative never claimed or held himself out to be a representative or agent of "Car Accident Helpline" or Quintessa. Kareemiya did not place this call on behalf of or as an agent or representative of Quintessa, nor did Quintessa authorize the placement of this call.

10. Quintessa, Roberts Markland, LLP, and the Law Office of Tre Meredith, PLLC had no involvement in the placement, did not authorize or consent to the placement, and did not ratify the placement of any of the above three calls that Kareemiya placed to Mr. Cacho on April 17, 2025.

11. In placing each of these calls, Kareemiya was acting independently, and not as an agent or representative of Quintessa, Roberts Markland, LLP, or the Law Office of Tre Meredith, PLLC. Kareemiya is not an agent, salesperson, or representative of Quintessa, Roberts Markland, LLP, or the Law Office of Tre Meredith, PLLC, and is not authorized to act or hold itself out as an agent, salesperson, or representative of Quintessa, Roberts Markland, LLP, or the Law Office of Tre Meredith, PLLC.

12. Quintessa is not an agent, salesperson, or representative of Kareemiya, and is not authorized to act or hold itself out as an agent, salesperson, or representative of Kareemiya.

13. Attached as **Exhibit C-1** are true and correct copies of a series of e-mails I exchanged with Mr. Cacho from May 6, 2025 to May 12, 2025.

14. It is the regular practice of Kareemiya to maintain a call log of calls that were placed by Kareemiya. Attached as **Exhibit C-2** is a true and correct copy of Kareemiya's call log with Mr. Cacho's phone number ending in "5482."

I declare under penalty of perjury that the foregoing declaration is true and correct and within my personal knowledge.

Executed in Rawalpindi, Pakistan on July 17, 2025.

_____
**Naveed Ahmad**
Managing Director, Kareemiya Technologies & BPO