# EXHIBIT C-1

.

---------- Forwarded message ---------
From: **Naveed Ahmad MVA** <naveed_nisar@hotmail.com>
Date: Mon, May 12, 2025 at 5:30 PM
Subject: Re: Demand Response - Kareemiya Technologies & BPO
To: josh cacho <jcacho1848@gmail.com>


Dear Mr. Cacho,


Your request was received days before our initial contact with you. We respectfully disagree with your statement that you did not submit the request. Therefore, we ask you to resolve the matter with a fair compensation we can offer.

1

**Best Regards,**


<u>Naveed Ahmad.</u>
<u>+923335260583</u>
Skype: "<u>live:Naveed_nisar</u>"



Managing Director


<u>Kareemiya Technologies & BPO</u>

---

**From:** josh cacho <<u>jcacho1848@gmail.com</u>>
**Sent:** 12 May 2025 3:26 PM
**To:** Naveed Ahmad MVA <<u>naveed_nisar@hotmail.com</u>>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

Sir you did not receive any request to call my phone. ANy request you have is manufactured as I have never submitted a request to be contacted ever.

![x]

On Mon, May 12, 2025 at 4:25 PM Naveed Ahmad MVA <<u>naveed_nisar@hotmail.com</u>> wrote:
Dear Mr. Cacho,

Please note that we received a callback request from your phone number (9152005482) on March 14, 2025, at 8:27:29 am GMT-7. Unfortunately, we uploaded the data file into a different campaign, which caused trouble for you. We apologize for this mistake and would like to offer you a suitable compensation.

Could we discuss this matter over the phone?



**Best Regards,**


<u>Naveed Ahmad.</u>
<u>+923335260583</u>
Skype: "<u>live:Naveed_nisar</u>"

Managing Director


<u>Kareemiya Technologies & BPO</u>

2

**From:** josh cacho <jcacho1848@gmail.com>
**Sent:** 12 May 2025 3:14 PM
**To:** Naveed Ahmad MVA <naveed_nisar@hotmail.com>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

Sir, I've made myself extremely clear. We are not going to be able to reach a resolution. Please stop asking me.

On Mon, May 12, 2025 at 4:13 PM Naveed Ahmad MVA <naveed_nisar@hotmail.com> wrote:
Hello Mr. Cacho,

I am writing to inquire if you received my previous email?

**Best Regards,**

*Naveed Ahmad.*
+923335260583
Skype: "live:Naveed_nisar"



Managing Director

Kareemiya Technologies & BPO

---

**From:** Naveed Ahmad MVA <naveed_nisar@hotmail.com>
**Sent:** 11 May 2025 11:16 PM
**To:** josh cacho <jcacho1848@gmail.com>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

Hello Mr. Cacho,

I am following up on our previous conversation to inquire whether you are considering my offer.

**Best Regards,**

*Naveed Ahmad.*
+923335260583
Skype: "live:Naveed_nisar"

Managing Director

[Kareemiya Technologies & BPO](#)

---

**From:** josh cacho <[jcacho1848@gmail.com](mailto:jcacho1848@gmail.com)>
**Sent:** 07 May 2025 7:47 PM
**To:** Naveed Ahmad MVA <[naveed_nisar@hotmail.com](mailto:naveed_nisar@hotmail.com)>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

You can't pay what you don't have. If the court orders them to pay, which they will, they will have to pay. Not you.

On Wed, May 7, 2025 at 8:45 PM Naveed Ahmad MVA <[naveed_nisar@hotmail.com](mailto:naveed_nisar@hotmail.com)> wrote:
I am trying to resolve as I am the company who initiated the call at first place. and ultimately, I will be responsible for the payment.

**Best Regards,**

Naveed Ahmad.

+923335260583
Skype: "live:Naveed_nisar"



Managing Director

[Kareemiya Technologies & BPO](#)

---

**From:** josh cacho <[jcacho1848@gmail.com](mailto:jcacho1848@gmail.com)>
**Sent:** 07 May 2025 7:40 PM

**To:** Naveed Ahmad MVA <[naveed_nisar@hotmail.com](mailto:naveed_nisar@hotmail.com)>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

Sir I'm sorry to hear about your troubles and your nations troubles. I have many friends in Pakistan myself as I did business with many there for years. However, my compassion does not change my feelings. I am not asking you to pay this. Understand there is a statute that the seller is SOLELY responsible for which is Texas and business commerce code 302.101 that is 5,000 per call. Again I appreciate that are trying your best to resolve this matter yourself, but you are not going to be able to.

This case is worth $142,000 and I'm seeking full damages now. As I repeatedly say sir we are entirely too far apart. Please stop trying because I will NEVER accept anything under $75,000.

On Wed, May 7, 2025 at 8:33 PM Naveed Ahmad MVA <[naveed_nisar@hotmail.com](mailto:naveed_nisar@hotmail.com)> wrote:
Respected Mr. Cacho,

I regret to inform you that I am unable to offer $50,000 due to the current circumstances I am facing. I am operating from Pakistan, and we have recently gone to war with India. As a result, our bank accounts have limited access, with a maximum withdrawal limit of $300 per day, and all international transfers have been halted for the next 48 hours. Additionally, there is a 48-hour electricity blackout, and I am currently running a power generator to maintain electricity. Our businesses are also closed for the next 48 hours, and we are not in a position to operate them.

Given these challenging circumstances, our business partners are already disturbed, and no business is being produced at all. In light of these circumstances, I humbly request that you kindly accept my offer at this time. I assure you that you will not be bothered again by me or any of my business partners.

Please accept the offer of $5,000 at this point, which I still have to struggle to pay, but I will try to manage somehow.

**Best Regards,**

Naveed Ahmad.
+923335260583
Skype: "live:Naveed_nisar"



Managing Director

Kareemiya Technologies & BPO

---

**From:** josh cacho <jcacho1848@gmail.com>
**Sent:** 07 May 2025 7:21 PM

**To:** Naveed Ahmad MVA <naveed_nisar@hotmail.com>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

Sir respectfully please stop trying to resolve this. I'm at $75,000 and you are offering $5,000. I respect that you are taking responsibility and trying to make things right, but we are way too far apart. Understand that at this point I would not even except $50,000.

On Wed, May 7, 2025 at 8:17 PM Naveed Ahmad MVA <naveed_nisar@hotmail.com> wrote:
 I wish to double my offer but that too could take a week for me to pay.

**Best Regards,**

Naveed Ahmad.
+923335260583
Skype: "live:Naveed_nisar"



Managing Director

Kareemiya Technologies & BPO

---

**From:** josh cacho <jcacho1848@gmail.com>
**Sent:** 07 May 2025 7:15 PM

**To:** Naveed Ahmad MVA <naveed_nisar@hotmail.com>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

What is the highest offer you can make? I'm not going to bid against myself.

On Wed, May 7, 2025 at 8:15 PM Naveed Ahmad MVA <naveed_nisar@hotmail.com> wrote:
  Do you have an alternate demand which could be within my budget.

**Best Regards,**

Naveed Ahmad.
+923335260583
Skype: "live:Naveed_nisar"



Managing Director

Kareemiya Technologies & BPO

**From:** josh cacho <jcacho1848@gmail.com>
**Sent:** 07 May 2025 7:12 PM

**To:** Naveed Ahmad MVA <naveed_nisar@hotmail.com>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

Sir as I've mentioned we are just entirely too far apart.

On Wed, May 7, 2025 at 8:11 PM Naveed Ahmad MVA <naveed_nisar@hotmail.com> wrote:

Dear Mr. Cacho,

I hope this message finds you well. I am writing to follow up on our previous email conversation to ascertain if there is still an opportunity to resolve the matter in a timely manner, which could alleviate the stress for both of us.

**Best Regards,**

*Naveed Ahmad.*
+923335260583
Skype: "live:Naveed_nisar"



Managing Director

Kareemiya Technologies & BPO

---

**From:** josh cacho <jcacho1848@gmail.com>
**Sent:** 06 May 2025 7:25 PM

**To:** Naveed Ahmad MVA <naveed_nisar@hotmail.com>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

Sir I appreciate your willingness to resolve this for Quintessa, Markland, and Tre Meredith, however, it is futile. First, you messed up by sending that fake opt-in, that pissed me off. Second, if your income isn't even $75,000 for the year then we would be worlds apart because I will not take a penny less than $75,000. Finally, I've already filed my lawsuit and I will now be seeking full damages.

On Tue, May 6, 2025 at 8:12 PM Naveed Ahmad MVA <naveed_nisar@hotmail.com> wrote:

Dear Mr. Cacho,

Please understand that my annual income does not reach $75,000. Even if I were to agree to pay you $75,000 in installments, it would take an exceedingly long time for me to repay the debt.

7

Therefore, I kindly request that we agree on a more reasonable amount that can help alleviate your stress and is within my financial capacity to pay.

**Best Regards,**

Naveed Ahmad.

+923335260583

Skype: "live:Naveed_nisar"



Managing Director

Kareemiya Technologies & BPO

---

**From:** josh cacho <jcacho1848@gmail.com>
**Sent:** 06 May 2025 7:01 PM
**To:** Naveed Ahmad MVA <naveed_nisar@hotmail.com>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

Sir we have nothing more to discuss. You provided a bullshit opt-in you manufactured and hoped I was dumb enough to be scared as a result. Unless you're willing to pay $75,000 to resolve this, don't message me ever again.

On Tue, May 6, 2025 at 7:57 PM Naveed Ahmad MVA <naveed_nisar@hotmail.com> wrote:
Dear Mr. Cacho,

I understand your frustration and sincerely apologize for the inconvenience caused by the unsolicited call. Please note that neither Quintessa nor any of its trade partners originated this call. I take full responsibility for the call being originated by Kareemiya Technologies & BPO.

I am open to any alternative demands from you. Also, please be aware that I run a small marketing agency and do not have a large budget to offer. If you are willing to discuss this matter over the phone, I am available to call you now to explore a potential settlement.

**Best Regards,**

Naveed Ahmad.

+923335260583

Skype: "live:Naveed_nisar"

Managing Director

[Kareemiya Technologies & BPO](link)

---

**From:** josh cacho <[jcacho1848@gmail.com](mailto:jcacho1848@gmail.com)>
**Sent:** 06 May 2025 6:43 PM
**To:** Naveed Ahmad MVA <[naveed_nisar@hotmail.com](mailto:naveed_nisar@hotmail.com)>
**Subject:** Re: Demand Response - Kareemiya Technologies & BPO

Thank you for providing this manufactured opt-in. I will be sure to notify the Courts of the unscrupulous behavior of Quintessa. By the way, Haskell, Texas is over 7 hours from El Paso. Courts are wise to these bullshit opt-in marketing companies are creating in an attempt to escape TCPA liability. Have a blessed day.

On Tue, May 6, 2025 at 7:36 PM josh cacho <[jcacho1848@gmail.com](mailto:jcacho1848@gmail.com)> wrote:
Thank you for your response. The fact that you are stating I opted in through some bogus website your company manufactured however will end this discussion right now. I reject your offer and have already submitted the lawsuit to Clerk of Court in the western District of Texas.

On Tue, May 6, 2025 at 7:31 PM Naveed Ahmad MVA <[naveed_nisar@hotmail.com](mailto:naveed_nisar@hotmail.com)> wrote:
Dear Joshua,

My name is Naveed Ahmad, and I am the owner of Kareemiya Technologies & BPO.

I understand that you recently issued a settlement demand letter to "QUINTESSA LLC", "ROBERTS MARKLAND LLP", "LAW OFFICE OF TRE MEREDITH, PLLC" & "KAREEMIYA TECHNOLOGIES & BPO" regarding calls allegedly received in violation of the Telephone Consumer Protection Act ("TCPA").

Upon review, I can confirm that at least one call on 915-200-5482 from Caller ID 915-821-2659 was originated from Kareemiya Technologies & BPO. However, we have clear consent records for that contact and strongly dispute any claim of a TCPA violation.

Please note that "QUINTESSA LLC", "ROBERTS MARKLAND LLP", "LAW OFFICE OF TRE MEREDITH, PLLC" had no involvement in the originating of this call from "Kareemiya Technologies & BPO".

Kareemiya Technologies & BPO had received the OPT-IN on March 14, 2025, at 8:27:29 am GMT-7 via landing page [[www.quotesandplans.com](http://www.quotesandplans.com)] for Affordable Care Act (ACA) campaign. You can review the [playback of the consent](link). Unfortunately, our data management team uploaded your contact information to a different campaign, which caused inconvenience to you, for which we sincerely apologize.

That said, in the spirit of resolution and without admitting any liability, we are willing to offer the following:

- A $2,500 settlement
- Mutual release via a confidential agreement

If you would like to discuss this offer further, I am open to a call.

9

**Best Regards,**


<u>Naveed Ahmad.</u>
<u>+923335260583</u>
Skype: "<u>live:Naveed_nisar</u>"



Managing Director

[Kareemiya Technologies & BPO](#)

10