# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| JOSHUA CACHO, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | No. 3:25-cv-00169-KC |
| ROBERTS MARKLAND, LLP, LAW | § | |
| OFFICE OF TRE MEREDITH, PLLC, and | § | |
| QUINTESSA LLC, | § | |
| | § | |
| *Defendants*. | § | |

**DECLARATION OF JESSICA COX**

My name is Jessica Cox, my date of birth is December 29, 1994, and my business address is 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201.

1.      I am over the age of eighteen (18) years, of sound mind, have never been convicted of a felony, and am fully competent to testify to the facts contained herein. Every statement made in this declaration is made on my personal knowledge and is true and correct.

2.      I am an attorney at Lynn Pinker Hurst & Schwegmann LLP. I am licensed to practice in Texas and am in good standing with the State Bar of Texas. I am counsel for Quintessa LLC ("Quintessa"), a Defendant in the above captioned lawsuit, *Joshua Cacho v. Robert Markland, LLP, et al.*, Case No. 3:25-cv-00169, pending in the United States District Court for the Western District of Texas, El Paso Division.

3.      I make this declaration in support of Defendants' Joint Rule 12(b)(6) Motion to Dismiss.

4.      Attached as **Exhibit A-1** is a true and correct copy of the search results for a search I conducted using PACER's Case Locator on July 15, 2025, using the last name "Cacho" and first name "Joshua."

5.      Attached as **Exhibit A-2** is a true and correct copy of a chart I created based on the allegations in Plaintiff's pleadings filed in the cases shown in Exhibit A-1.

I declare under penalty of perjury that the foregoing declaration is true and correct and within my personal knowledge.

1

2

Executed in Dallas County, Texas, on July 18th, 2025.

_____

**Jessica D. Cox**

2